THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. SALVATORE LAMONTE and Another, Appellants.— Judgment of conviction of the County Court of Queens county affirmed. No opinion. Kelly, P. J., Rich, Jaycox, Kelby and Young, JJ., concur.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JOSEPH ZAIDZINSKI, Appellant.— Judgment of conviction of the County Court of Kings county affirmed. No opinion. Rich, Jaycox, Manning, Kelby and Young, JJ., concur.

LOUIS O. ROTENBACH, Respondent, v. SARAH ELIZABETH YOUNG and Others, Appellants.— Judgment unanimously affirmed, with costs, upon the opinion of Mr. Justice Cropsey at Special Term. [Reported in 119 Misc. Rep. 267.] Present — Kelly, P. J., Jaycox, Manning, Young and Kapper, JJ.

LUCIANO SAMPERI, Respondent, v. NICHOLAS COOK, Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Kelly, P. J., Rich, Jaycox, Kelby and Young, JJ.

LIONEL STORR, Respondent, v. ROBERT E. JOHNSTON, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Kelly, P. J., Jaycox, Manning, Young and Kapper, JJ., concur.

RAFFAELA COTIGNOLA and Others, Appellants, v. EAST RIVER NATIONAL BANK, Respondent.— Motion for stay denied. Present — Kelly, P. J., Jaycox, Manning, Kelby and Kapper, JJ.

In the Matter of the Application and Petition of JOHN A. BENSEL and Others, Constituting the Board of Water Supply of the City of New York, to Acquire Real Estate, etc., in the Town of Mount Pleasant, Westchester County, etc.— Motion to dispense with printing papers, etc., granted. Present — Kelly, P. J., Rich, Jaycox, Kelby and Young, JJ.

In the Matter of the Estate of CLARA HARRIMAN, Deceased. (Interpretation of Will.) — Order resettled so as to direct the payment of costs out of the fund. Present — Kelly, P. J., Jaycox, Manning, Kelby and Kapper, JJ. [See ante, p. 772.]

ALFRED D. MILLER, Respondent, v. ETHEL L. THOMSON, Appellant, Impleaded with STANLEY B. THOMSON, Defendant.— Motion for stay granted on condition that appellant, within five days, file a surety company undertaking in the sum of $2,500 to pay all damages occasioned by the stay. Present — Kelly, P. J., Jaycox, Manning, Kelby and Kapper, JJ.

HARRAL MULLIKEN, Respondent, v. BURR R. BROWN, Appellant.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Stay continued for thirty days to enable defendant to apply to the Court of Appeals for leave to appeal. Present — Kelly, P. J., Jaycox, Manning, Kelby and Kapper, JJ.

NEW YORK CENTRAL RAILROAD COMPANY, Respondent, v. THE CITY OF YONKERS, Appellant. (Action No. 1.) (Parcels 27 and 38.) — Motion for leave to appeal to the Court of Appeals denied. Present — Kelly, P. J., Rich, Jaycox, Kelby and Young, JJ.

NEW YORK CENTRAL RAILROAD COMPANY, Respondent, v. THE CITY OF YONKERS, Appellant. (Action No. 2.) (Parcel 12.) — Motion for leave to appeal to the Court of Appeals denied. Present — Kelly, P. J., Rich, Jaycox, Kelby and Young, JJ.